

**GREGORY D. MILLER**
PARTNER
(201) 287-2474
gregory.miller@rivkin.com

WWW.RIVKINRADLER.COM

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

June 17, 2019

**VIA ECF**
The Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

>   Re:   *Celgene Corp. v. Dr. Reddy's Labs., Ltd. et al.*
>         Civil Action No. 2:17-cv-05314 (SDW)(LDW)

Dear Judge Wettre:

This firm, together with Perkins Coie LLP, represents Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively, "DRL") in the above-reference action. We write to respectfully request a one-week extension of the current June 14, 2019 deadline for fact discovery, including the deadline to complete depositions of fact witnesses (D.E. 75). This request would extend the deadline to June 21, 2019, to allow the parties additional time to meet and confer regarding proposals currently under discussion for a further extension of fact discovery. This would not affect other future deadlines in the Court's Scheduling Order. Plaintiff does not object to this request.

If this request is amenable with the Court, we respectfully request Your Honor So Order this letter application. We thank the Court for its attention to this request.

>                       Respectfully submitted,
>
>                       RIVKIN RADLER LLP
>
>                       *s/Gregory D. Miller*
>                       Gregory D. Miller

cc:   Counsel of Record (via email and ECF)



Judge Wettre
June 17, 2019
Page 2

SO ORDERED:

_____
HON. LEDA D. WETTRE, U.S.M.J.